### MOORE *v.* BUTLER.

HILL, J. The court did not abuse its discretion in granting a temporary injunction in this case. *Judgment affirmed. All the Justices concur.*
NOVEMBER 11, 1914.

Injunction. Before Judge Cox. Decatur superior court. January 20, 1914.

*Harrell & Wilson,* for plaintiff in error.

*R. R. Terrell* and *M. E. O'Neal,* contra.